UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CAROL E. HOLLAND,

    Plaintiff,

vs.                                Case No. 3:05-cv-126-J-32HTS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

### O R D E R

This cause is before the Court *sua sponte*. On June 21, 2005, the Court entered a Scheduling Order (Doc. #12) directing Plaintiff to "file a memorandum of law in support of the Civil Complaint within sixty (60) days[.]" As of this date, Plaintiff has not filed the requested memorandum. Therefore, she shall do so within ten (10) days from the date of this Order.

**DONE AND ORDERED** at Jacksonville, Florida, this 20th day of September, 2005.

                                            /s/      Howard T. Snyder
                                            HOWARD T. SNYDER
                                            UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of record
    and *pro se* parties, if any