**UNITED STATES DISTRICT COURT**
                      **MIDDLE DISTRICT OF FLORIDA**
                          **JACKSONVILLE DIVISION**


CAROL E. HOLLAND,

      Plaintiff,

vs.                                     Case No. 3:05-cv-126-J-HTS

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

_____

## O R D E R

On September 20, 2005, this Court entered an Order (Doc. #14) giving Plaintiff ten days in which to file a memorandum of law in support of her Civil Complaint. As of the date of this Order, she has failed to do so. Accordingly, it is

    **ORDERED:**

Plaintiff shall have eleven (11) days from the date of this Order within which to show cause why this action should not be dismissed for failure to prosecute. *See* Rule 3.10, Local Rules, United States District Court, Middle District of Florida. Failure to do so will lead to the dismissal of the case.

    **DONE AND ORDERED** at Jacksonville, Florida, this 12th day of October, 2005.

                                            /s/        Howard T. Snyder
                                          HOWARD T. SNYDER
                                          UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of record
    and *pro se* parties, if any