UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CAROL E. HOLLAND,

    Plaintiff,

vs.                                Case No. 3:05-cv-126-J-HTS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

### O R D E R

This cause is before the Court on the Motion for Extension of Time (Doc. #22; Motion), filed on December 28, 2005, in which Plaintiff requests she be given until January 30, 2006, to file a memorandum in support of her complaint. The Motion fails to include a certifying statement as required by Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida. Accordingly, it is

    **ORDERED**:

Plaintiff shall, on or before January 11, 2006, confer with counsel for Defendant to determine whether the requested extension is opposed and, within the same time period, file a certificate informing the Court of the result of such conference.

**DONE AND ORDERED** at Jacksonville, Florida, this 3rd day of January, 2006.

                                              /s/       Howard T. Snyder
                                      HOWARD T. SNYDER
                                      UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of record
    and *pro se* parties, if any