**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**


CAROL E. HOLLAND,

      Plaintiff,

vs.                                        Case No. 3:05-cv-126-J-HTS

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

_____

**O R D E R**

On February 7, 2006, Plaintiff was ordered to "show cause why this action should not be dismissed for failure to prosecute" as a result of her failure to file a memorandum of law.  Order (Doc. #26).  She has failed to respond.  In light of the foregoing, along with the fact that Ms. Holland has already been given several extensions of the deadline at issue, *see* Order (Doc. #14); Order (Doc. #21); Order (Doc. #25), it is

    **ORDERED:**

This case is **DISMISSED** pursuant to Rule 3.10(a), Local Rules, United States District Court, Middle District of Florida.  The Clerk of the Court is hereby directed to close the file.

    **DONE AND ORDERED** at Jacksonville, Florida, this 22nd day of February, 2006.

                    /s/        Howard T. Snyder
                    HOWARD T. SNYDER
                    UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of record
      and *pro se* parties, if any